# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-3785

_____

Ivan Vinson,                                    *
                                                *
          Appellant,                            *
                                                *
     v.                                         *
                                                *
Joan Smith, Correctional Officer,               *
Cross Roads Correctional Center;                *
Wood, Correctional Officer, Cross               *
Roads Correctional Center; Cary E.              *
Grant, Correctional Officer, Cross              *
Roads Correctional Center; Brewington, *
Correctional Officer, Cross Roads               *
Correctional Center; Girtz, Manager,            *    Appeal from the United States
Housing Unit #5, Cross Roads                    *    District Court for the
Correctional Center; Michael Kemna,             *    Western District of Missouri.
Superintendent, Cross Roads                     *
Correctional Center; Nurse Lowery,              *        [UNPUBLISHED]
Cross Roads Correctional Center;                *
Rogers, Correctional Officer, Cross             *
Roads Correctional Center; Cox,                 *
Correctional Officer, Cross Roads               *
Correctional Center; Rush,                      *
Correctional Officer, Cross Roads               *
Correctional Center; Acle Jenkins; D.           *
Allen; Brad Clark; Chet Lindstrom;              *
Michael G. Short; Clarence E. Denzer;           *
Russell Hollowell; Jean Ann Johnson;            *
Terry Page; Shanna Kroush; Edward E.            *
Ruppel; Jeff Taul; Christopher Smith,           *
                                                *
          Appellees.                            *

_____

Submitted: March 31, 2003

Filed: April 30, 2003
_____

Before MELLOY, HEANEY, and SMITH, Circuit Judges.
_____

PER CURIAM.

Ivan Vinson, an inmate confined at the Northeast Correctional Center in Bowling Green, Missouri, brought several claims pursuant to 42 U.S.C. § 1983 against staff members at the prison. The district court granted summary judgment in favor of the defendants, and Vinson appeals. Having carefully reviewed the record, we agree that the district court's grant of summary judgment was proper, and therefore affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.